UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DANIEL SHEETS,

    Petitioner,

v.   Case No: 5:24-cv-518-JSS-PRL

WARDEN, FCC COLEMEN –
USP II, CALIFORNIA PAROLE
BOARD,

    Respondents.
_____

## **ORDER**

Daniel Sheets filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 on September 20, 2024. (Dkt. 1.) The court's Standing Order, dated September 20, 2024, directed Sheets to pay the required filing fee or request to proceed as a pauper within 30 days from the commencement of the action. (Dkt. 2.) The Order warned Sheets that failure to comply could result in the dismissal of this case without further notice. (*Id.*) To date, Petitioner has failed to comply.

Accordingly:

1. The Petition for a Writ of Habeas Corpus (Dkt. 1) is **DISMISSED without prejudice**. *See* M.D. Fla. R. 6.04(b).

2. The Clerk is **DIRECTED** to close this case and terminate any pending motions.

**ORDERED** in Orlando, Florida on October 24, 2024

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Party